**Gabriel Colin Lopez**
FULL NAME

COMMITTED NAME (if different)

**FCI - Terminal Island.**
FULL ADDRESS INCLUDING NAME OF INSTITUTION
**PO BOX 3007, San Pedro CA.**
**#72038-066**
PRISON NUMBER (if applicable)

```
FILED
CLERK, U.S. DISTRICT COURT

APR 21 2022

CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**Gabriel Colin Lopez**
PLAINTIFF,

v.

Federal Bureau of Prisons
Saulivo, Jordan, Basinatment, Rundle DEFENDANT(S).

CASE NUMBER **2:22cv2669-MEMF-GJS**
To be supplied by the Clerk

**CIVIL RIGHTS COMPLAINT
PURSUANT TO** (Check one)
☐ 42 U.S.C. § 1983
☒ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes ☒ No

2. If your answer to "1." is yes, how many? _____

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

a. Parties to this previous lawsuit:
   Plaintiff __N/A__

   Defendants __N/A__

b. Court __N/A__

c. Docket or case number __N/A__

d. Name of judge to whom case was assigned __N/A__

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) __N/A__

f. Issues raised: __N/A__

g. Approximate date of filing lawsuit: __N/A__

h. Approximate date of disposition __N/A__

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☑ Yes   ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☑ Yes   ☐ No

   If your answer is no, explain why not _____

3. Is the grievance procedure completed? ☑ Yes   ☐ No

   If your answer is no, explain why not _____

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff __Gabriel Colin Lopez__
(print plaintiff's name)
who presently resides at __FCI-Terminal Island__,
(mailing address or place of confinement)
were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at __FCI-Terminal Island__
(institution/city where violation occurred)

---

CV-66 (7/97)     **CIVIL RIGHTS COMPLAINT**     Page 2 of 6

on (date or dates) __2018 - Present__ ; _____ , _____ .
                         (Claim I)                (Claim II)                (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant __Miss Jordan_____ resides or works at
   (full name of first defendant)

   __FCI Terminal Island, PO Box 3007 San Pedro, CA 90733__
   (full address of first defendant)

   __P.A.__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:
   __Violate my Eighth Amendment rights by not providing medical care causing__
   __permanent injuries & chronic pain.__

2. Defendant __Dr. Basiratmund Nejat_____ resides or works at
   (full name of first defendant)

   __FCI Terminal Island PO Box 3007 San Pedro, CA 90733__
   (full address of first defendant)

   __Medical Doctor__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:
   __Violate my Eighth Amendment rights by not providing medical care causing__
   __Permanent Injuries, & chronic pain.__

3. Defendant __Dr. Saulujo_____ resides or works at
   (full name of first defendant)

   __FCI Terminal Island, PO Box 3007 San Pedro, CA, 90733__
   (full address of first defendant)

   __Medical Doctor__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:
   __Violate my Eighth Amendment rights by not providing medical care__
   __Causing Permanent Injuries & Cronic pain.__

4. Defendant __Joanie Randle__ resides or works at
   (full name of first defendant)

   __FCI Terminal Island Po Box 3007, San Pedro CA, 90733__
   (full address of first defendant)

   __P.A.__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:
   __Violate my Eighth Amendment rights by not Providing medical care. Causing Permanent Injuries & Cronic Pain.__

5. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:
   _____

---

CIVIL RIGHTS COMPLAINT

CV-66 (7/97)   Page 4 of 6

## D. CLAIMS*

**CLAIM I**

The following civil right has been violated:

Eighth Amendment Right.
the Plaintiff's Eighth Rights were violated when there was Intentional denial of medical care and when Prison official conduct Indicates deliberate Indifference to Serious medical needs Causing Unnecessary and wanton Infliction of Pain and Serious health risk with permanent Injury.

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

1: On or abouts November 9, 2018 Complain to medical Services over pain in my abdomen area, wich was Causing extreme pain, loss of Sleep and stop my mobility. P.A. Jordan, did no Exam. told me to drink water, refuse to give any pain medication and Send me bak to my housing unit.

2: Between Nov. 10, 2018 to January 2020, very week I was in medical over chronic pain in my abdomen with no results. and no testing.

3: On or abouts January 2020, Doctor Saulivio Finally Conducted a diagnostic and started I have a left Spigelian hernia, Dr. Saulivio did not Prescribe any pain medication and no treatment plan.

4: on or about January 5, 2021 due to the increase chronic Pain, left Side Dr. Besiratmand-Nejat, Finally Sent me to outside medical clinic, where Dr. matthew Guess stated medical Surgery is required immediately

5: Dr Basiratmand, Nejat Stated you will have to wait, to you go home for Surgery. Dr. Besiratmand, Still would not Provide any Pain medication for Cronic Pain. See attach Page for claims.

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

The Plaintiff has suffered and will continue to suffer chronic pain, emotional distress over deprevitation of Constitutional Protected Rights.
a) Past, Present and future mental Pain, anguish and suffering;
b) Past, Present and Physical Pain, suffering and loss of function, Including but no limit to Rehabilitation cost. doctor/Counselling bills Laboratory Examinations, Phisical examination cost. Pharacentical bills, surgery cost; Diagnostic studies and Prostheses;

The Plaintiff request Judgement against the defendant's and prays that the court enters an order requiring the defendant's to account to the Plaintiff and the following account, the Courts enters a Judgement In Favor of the Plaintiff For the amount of:
$ 3,000,000 ⁼
(three million dollars).

_____     _____
(Date)                         (Signature of Plaintiff)

Dec 1, 2021

BP-10

I have written a BP-9 and delivery it to Warden, it has been over 30 days with no response.

I have official recvested. urgent medical care and testing for my underlying medical issues which is Causing extreme chronic Pain, Lack of mobility, and loss of sleep. I have received no treatment and medical has not provided any medication (or pain-medication). When I finally was sent out for medical assistance, I was told I need Surgery inmediately, this has not hapen or been schedule. My las visit to medical they stated I can received the Surgery when I go home. the medical issues have Increased and Pain level has Increased. I need urgent medical care, I am pleading for assistance.

Gabriel Colin lopez
#72038-066

Temple Island
San Pedro, CA.

this is a hand written Coppy, due to no Photocopier -- Covid Louch down

**U.S. Department of Justice**  
Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-DIR-9 and BP-DIR-10, including any attachments must be submitted with this appeal.

From: __Gabriel Colin Lopez__ __#72038-066__ __A__ __Temple Island__
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A—REASON FOR APPEAL**

I Have written a BP-10 and mailed it to western Regional and it has been over 30 days with no response, this is what I wrote and Now need You to resolve. I have official recuested urgent medical care and testin For may medical issues which is causin extreme chronic pain, Lack of mobility, and loss of sleep. I have Received No treatment and medical has No provided any medication (or pain medication). when I finally was Sent out For medical assistance, I was told I need Surgery immediatEly, this has not happen or been shedule. my Las visit to medical they stated I can receive the surgery when I go home, the medical issues have Increased and pain level has Increased I need urgent medical care, I am pleading For Assistanse

Feb 01, 2022  
DATE                                SIGNATURE OF REQUESTER

**Part B—RESPONSE**

---

DATE                                GENERAL COUNSEL

THIRD COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE    CASE NUMBER: _____

**Part C—RECEIPT**

CASE NUMBER: _____

Return to: _____  
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION  
SUBJECT: _____



Gabriel Colin López
# 72038-066
FCI- Terminal Island.
Federal Correctional Institution.
P.O. BOX. 3007
San Pedro, CA. 90733

CV 1114411

United States District Court
for the
Central District of California
Office of the clerk.
411 W. 4th street.
Santa Ana, CA. 92701.