JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL COLIN LOPEZ, <br><br> Plaintiff <br><br> v. <br><br> FEDERAL BUREAU OF PRISONS, et al., <br><br> Defendants. | Case No. 2:22-cv-2669-MEMF (GJS) <br><br> **JUDGMENT** |

   Pursuant to the Court's Order Dismissing Action for Failure to Prosecute, IT IS ADJUDGED that the above-captioned case is dismissed without prejudice.

Dated: August 25, 2023

_____

MAAME EWUSI-MENSAH FRIMPONG

United States District Judge